IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| MARCUS ANTONIO VEST,<br>　　　Plaintiff, | )<br>)　Civil Action No. 7:06CV00661<br>) |
| v. | )　**FINAL ORDER**<br>) |
| CHRIS HUGHES, <u>et al.</u>,<br>　　　Defendants. | )　By: Hon. Glen E. Conrad<br>)　United States District Judge |

In accordance with the accompanying memorandum opinion, it is now

### ORDERED

as follows:

1. The plaintiff's complaint shall be and hereby is **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1), for failure to state a claim upon which relief may be granted;

2. All other pending motions shall be and hereby are **DISMISSED** as moot; and

3. This action shall be and hereby is **STRICKEN** from the active docket of the court.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to the plaintiff and counsel of record for the defendants, if known.

ENTER: This 17th day of November, 2006.

_/s/ Glen E. Conrad_
United States District Judge